LAW OFFICE OF
JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

BRANDON D. SHERR
BSHERR@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/07/2026

August 5, 2026

*Via ECF*

Hon. Margaret M. Garnett, United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 FOLEY SQ
NEW YORK, NY 10007-1502
GarnettNYSDChambers@nysd.uscourts.gov

Re: *Prelvukaj v. Perlstein et al.*, 26 CV 1565 (MMG)

Dear Judge Garnett,

The undersigned is counsel to the plaintiff in the above-referenced matter. The parties respectfully request a two-week extension of the current deadline of August 7, 2026, to submit the settlement agreement for approval. The parties continue to work together to finalize the settlement agreement.

The parties thank the Court for its time and consideration.

Respectfully submitted,

Justin A. Zeller

GRANTED. The deadline to submit the proposed settlement agreement is EXTENDED to **August 21, 2026**.

SO ORDERED. Dated August 6, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE