AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

HATMANE PRELUVKAJ
*Plaintiff*
v.
ESTHER PERLSTEIN et al.
*Defendant*

Civil Action No. 26 CV 1565 (MMG)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* HATMANE PRELUVKAJ recover from the defendant *(name)* FIRST PINE VIEW REALTY CORP. the amount of Thirty-Five Thousand dollars ($ 35,000.00 ), which includes prejudgment interest at the rate of 0.00 %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

❐ other: .

This action was *(check one)*:

❐ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❐ tried by Judge ______ without a jury and the above decision was reached.

❐ decided by Judge ______ on a motion for .

Date: September 9, 2026

*CLERK OF COURT*

Negam Dulal

*Signature of ~~Clerk or~~ Deputy Clerk*